*C. H. Wilson, P. W. Hardin, for appellant.*
*S. H. Crossland, for appellee.*

---

### PHILIP ARNOLD'S EXRS. v. COMMONWEALTH.

[Abstract Kentucky Law Reporter, Vol. 3—623; 80 Ky. 135.]

**Claims Against Deceased Persons.**
    The statutes requiring that claims filed against deceased persons shall be sworn to do not apply to claims filed by the state in a proceeding to enforce the criminal or penal laws and recover on an appearance bond because of a failure to appear.

## APPEAL FROM HARDIN CIRCUIT COURT.

### February 25, 1882.

OPINION BY JUDGE PRYOR:

The statute in regard to the verification of claims against deceased persons does not apply to the commonwealth. The motion here is to recover against the representative of a surety on a bail bond, and the defense is that no demand is made. The purpose of the statute was to purge the conscience of claimants against the estates of decedents, and does not, by express terms or by implication, apply to the commonwealth in a proceeding to enforce the criminal or penal laws. There is no one to make the oath, and nothing appears in the statute by which any intention can be gathered that the statute should apply to the sovereign. The party was required by the terms of his bond to appear, and failing to appear in person a forfeiture was proper, and the fact that a trial was had does not relieve the forfeiture.

Judgment *affirmed.*

*W. H. Chelf,* for appellants.

*P. W. Hardin, John Haycraft,* for appellee.